NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BARBARA ANN FARRELL,

    Plaintiff,

v.                                          Case No:   2:13-cv-579-FtM-38CM

TARGET CORPORATION,

    Defendant.
_____/

**ORDER**[1]

    This matter comes before the Court on a Mediator's Report (Doc. #25) filed on May 16, 2014.  The mediator, J. Terrence Porter, advises the Court that Plaintiff Barbara Ann Farrell and Defendant Target Corporation settled this case at mediation on May 15, 2014.  (Doc. #25).  The parties, however, have not filed a notice of settlement or dismissal to date.  The Court, therefore, directs them to advise it as to the status of settlement or dismissal.

    Accordingly, it is now **ORDERED:**

    Plaintiff Barbara Ann Farrell and Defendant Target Corporation shall advise the Court as to the status of settlement or dismissal of this case on or before **June 13, 2014**.

    **DONE** and **ORDERED** in Fort Myers, Florida this 6th day of June, 2014.

*(signed)* Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.